UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11786-WGY

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
    Plaintiff, )
 )
v. )
 )
ROCKWELL AUTOMATION, INC., )
    Defendant. )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance on behalf of defendant Rockwell Automation, Inc. in the above-captioned matter.

ROCKWELL AUTOMATION, INC.
By their attorneys,

_____
James F. Kavanaugh, Jr. BBO#262360

_____
Constance M. McGrane BBO#546745

CONN KAVANAUGH ROSENTHAL PEISCH
  & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: September 16, 2004

209789.1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 9/16/04 _____.

_____