UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                    :
EQUAL EMPLOYMENT OPPORTUNITY                        :    Civil Action No.
COMMISSION,                                         :    04-11786-WGY
                                                    :
        Plaintiff,                                  :
                                                    :
    v.                                              :
                                                    :
                                                    :
ROCKWELL AUTOMATION, INC.                           :
                                                    :
        Defendant.                                  :
                                                    :
-------------------------------------------------------------x
```

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant and subject to the Court's Notice of Scheduling Conference and the provisions of Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the parties have conferred concerning an agenda of matters to be discussed at the scheduling conference and a proposed pretrial schedule for the case, and hereby submit the following Joint Statement:

1. **Proposed Agenda**

The parties suggest that an appropriate agenda for the scheduling conference would include setting a pretrial schedule.

2. **Pending Motions**

None.

3. **Proposed Pretrial Schedule**: The parties have agreed on all dates within the below-listed pretrial schedule.

      (a)   <u>Automatic Document Disclosures</u>: The parties agree to automatic discovery disclosures by November 30, 2004.

      (b)   <u>Fact Discovery</u>:  All fact discovery to be completed on or before September 2, 2005.

      (c)   <u>Expert Discovery</u>: Plaintiff will disclose its experts, if any, by October 3, 2005. Defendant will disclose its experts by November 3, 2005.  Expert depositions will be completed by December 31, 2005.

      (d)   <u>Dispositive Motions</u>:

          (1)   Motions to Dismiss will not be filed.

          (2)   Motions for Summary Judgment to be filed on or before September 23, 2005.  Any Opposition shall be due on or before October 14, 2005.  Any Reply to Opposition shall be due on or before October 28, 2005.

**4.**   **<u>Number of Depositions</u>**: Plaintiff and Defendant anticipate that this case will require in excess of ten depositions by each party because plaintiff's termination involved multiple decision-makers and plaintiff applied for a number of positions for which there were also multiple decision-makers. Each party therefore consents to the taking of 15 depositions by the other.  If either party, after taking 15 depositions, believes more depositions are necessary, the parties will attempt to agree on the number of additional depositions.

If they are unable to agree, that party will file a motion with the court seeking to take additional depositions.

    5.    **Trial by Magistrate Judge**

The parties do not consent to trial by Magistrate Judge.

    6.    **Rules 16.1(D)(3) Certifications**

The parties are submitting separately their certifications regarding consultation on litigation budgets and alternative dispute resolution as required by Local Rule 16.1(D)(3).

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br>By its attorneys, | **ROCKWELL AUTOMATION, INC.**<br>By its attorneys, |
| /s/ Markus L. Penzel<br>Markus L. Penzel (BBO # 642007)<br>Senior Trial Attorney<br>EEOC<br>Boston Area Office<br>J.F.K. Federal Building, Rm 475<br>Boston, MA  02203-0506<br>(617) 565-3193 | /s/James F. Kavanaugh<br>James F. Kavanaugh, Jr.<br>(BBO #262360)<br>Constance M. McGrane<br>(BBO #546745)<br>Conn Kavanaugh Rosenthal<br>Peisch & Ford, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>(617)482-8200 |