UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
:
**EQUAL EMPLOYMENT OPPORTUNITY**     :     Civil Action No.
**COMMISSION,**                      :     04-11786-WGY
:
**Plaintiff,**                       :
:
v.                                   :
:
:
**ROCKWELL AUTOMATION, INC.**        :
:
**Defendant.**                       :
:
-------------------------------------------------------------x

## PLAINTIFF'S STATEMENT IN COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Plaintiff submits the following statement pursuant to Local Rule 16.1(D)(3):

1. The Commission has had internal discussions establishing a budget for the costs of conducting this litigation.

2. The Commission has had internal discussions concerning the use of alternative dispute resolution and does not oppose the use of non-binding mediation in this matter.

The undersigned certifies that the foregoing is true and accurate.

> Respectfully submitted,
>
> /s/ Markus L. Penzel
> Markus L. Penzel
> Senior Trial Attorney
> EQUAL EMPLOYMENT OPPORTUNITY
>      COMMISSION
> Boston Area Office
> JFK Federal Building, Room 475
> Boston, MA 02203-0506
> 617-565-3193

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid, on November 8, 2004, to the following:

James F. Kavanaugh, Jr.
Constance M. McGrane
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA  02109

                                                   /s/ Markus L. Penzel
                                                   Markus L. Penzel