UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br><br>    Plaintiff,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.<br><br>    Defendant. | Civil Action No. 04-11786-WGY |

### CERTIFICATION OF DEFENDANT ROCKWELL AUTOMATION, INC. PURSUANT TO LR 16.1(D)(3)

Defendant Rockwell Automation, Inc., by its attorney and an authorized representative, hereby certify as follows:

1. Defendant and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Marc G. Kartman, Esq.
Vice President & Associate
General Counsel
Authorized Representative for
Rockwell Automation, Inc.
777 East Wisconsin Avenue,
Suite 1400
Milwaukee, WI 53202

_____
James F. Kavanaugh, Jr.
BBO #262360
Constance M. McGrane
BBO #546745
Counsel for Rockwell
Automation, Inc.
Conn Kavanaugh Rosenthal Peisch
& Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

213253.1