UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11786-WGY

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>ROCKWELL AUTOMATION, INC.,<br>    Defendant. | *Nov 15, 2004*<br>YOUNG, D.J. */as modified/*<br>So ordered as the case management scheduling order.<br>Discovery due *Aug 19, 2005*<br>Dispositive Motions due *July 13, 2005*<br><br>*William G. Young*<br>U.S. District Judge |

## AMENDMENT TO JOINT STATEMENT

The parties to the above-captioned case, by their attorneys, having received this Court's denial of their proposed pre-trial schedule contained in the Joint Statement filed with the Court on November 8, 2004, hereby submit a proposed amended pre-trial schedule.

## AMENDED PROPOSED PRETRIAL SCHEDULE

3.  The parties have agreed on all dates within the below-listed pretrial schedule.

    (a) <u>Automatic Document Disclosures</u>:  The parties agree to automatic discovery disclosures by November 30, 2004.

    (b) <u>Fact Discovery</u>:  All fact discovery to be completed on or before June 30, 2005.

    (c) <u>Expert Discovery</u>:  Plaintiff will disclose its experts, if any, by June 15, 2005.  Defendant will disclose its

experts by July 13, 2005. Expert depositions will be completed by August 19, 2005.

(d) Dispositive Motions:

(1) Motions to Dismiss will not be filed.

(2) Motions for Summary Judgment to be filed on or before July 13, 2005. ~~Any Opposition shall be due on or before August 3,~~ 2005. Any Reply to Opposition shall ~~be due on or before August 15, 2005~~. *WGY*

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>By its attorneys, | ROCKWELL AUTOMATION, INC.<br>By its attorneys, |
| /s/ Markus L. Penzel<br>Markus L. Penzel BBO#642007<br>Senior Trial Attorney<br>EEOC<br>Boston Area Office<br>J.F.K. Federal Bldg., Rm 475<br>Boston, MA 02203-0506<br>617-565-3193 | /s/ James F. Kavanaugh, Jr.<br>James F. Kavanaugh, Jr. BBO#262360<br>Constance M. McGrane BBO#546745<br>CONN KAVANAUGH ROSENTHAL PEISCH<br>  & FORD, LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>617-482-8200 |

DATED: November 15, 2004

213816.1