UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11786-WGY

```
_____
                               )
EQUAL EMPLOYMENT OPPORTUNITY   )
COMMISSION,                    )
     Plaintiff,                )
                               )
v.                             )
                               )
ROCKWELL AUTOMATION, INC.,     )
     Defendant.                )
_____)
```

**DEFENDANT'S INITIAL DISCLOSURE STATEMENT**

Pursuant to Local Rule 26.2(A) and Fed. R. Civ. P. 26(a)(1), Defendant Rockwell Automation, Inc. ("Rockwell"), by its undersigned attorneys, makes the following initial disclosure based upon its current investigation of the complaint.

**A.   Witnesses**

Upon information and belief, the following persons may have such pertinent information:

| Name | Company/Address | Potential Subjects |
|------|-----------------|--------------------|
| Patrick J. Sanjenis | Rockwell c/o Rockwell 1201 S. Second Street, Milwaukee, WI 53204 | Rockwell's Business integrity and compliance with discrimination laws; defense and investigation of Jim Meluch's complaint |
| Lindle J. Ingle | Investigator/ U.S. EEOC, JFK Federal Bldg., Government Center, Room 475, Boston, MA 02203 | Likely to have information to support defenses from investigation |
| Joe Sousa | Rockwell/c/o Rockwell | Selection of Boston District Manager |

|                     |                                                                       |                                                                                                  |
|---------------------|-----------------------------------------------------------------------|--------------------------------------------------------------------------------------------------|
|                     | 1201 S. Second Street, Milwaukee, WI 53204                            |                                                                                                  |
| Frank Fortunato     | Last known address, Boca Raton, FL                                    | Elimination of Regional Director Manager positions, Performance of Jim Meluch, job offer         |
| Tom Croft           | Rockwell/c/o Rockwell 1201 S. Second Street, Milwaukee, WI 53204      | Alternative job provided to Jim Meluch, Meluch's request to leave Rockwell and separation package |
| John McDermott      | Rockwell/c/o Rockwell 1201 S. Second Street, Milwaukee, WI 53204      | Experience with Jim Meluch, general sales issues and hiring                                       |
| Paul Ricken         | Rockwell/c/o Rockwell 1201 S. Second Street, Milwaukee, WI 53204      | Experience with Jim Meluch, general sales issues and hiring                                       |
| Daniel Schlosser    | Rockwell/c/o Rockwell 1201 S. Second Street, Milwaukee, WI 53204      | Hiring process for position Jim Meluch applied for and qualifications                             |
| Richard Eshleman    | Rockwell/c/o Rockwell 1201 S. Second Street, Milwaukee, WI 53204      | Hiring process for position Jim Meluch applied for and qualifications                             |
| John Hogan          | Rockwell/c/o Rockwell 1201 S. Second Street, Milwaukee, WI 53204      | Hiring process for position Jim Meluch applied for and qualifications                             |
| John Good           | Rockwell/c/o Rockwell 1201 S. Second Street,                          | Hiring process for position Jim Meluch applied for and qualifications                             |

|  | Milwaukee, WI 53204 |  |
|---|---|---|
| Various other hiring Managers or Directors | Rockwell/c/o Rockwell 1201 S. Second Street, Milwaukee, WI 53204 | Hiring process for positions applied for by Jim Meluch or related positions (depends on affirmative case by E.E.O.C.) |

B.  **Description by Category of Documents and Data Complications**

Documents provided to E.E.O.C. in course of its investigation; Separation Agreement and related documents with James Meluch; documents relating to performance of James Meluch; documents relating to any job searches or attempts to mitigate by James Meluch; documents relating to any compensation received by James Meluch after his separation from Rockwell Automation.

C.  **Damages**

Rockwell Automation is not seeking damages.

D.  **Insurance Agreement**

Rockwell Automation does not have an insurance agreement that would be used to satisfy a judgment entered in this action.

ROCKWELL AUTOMATION, INC.
By their attorneys,


/s/ Constance M. McGrane_____
James F. Kavanaugh, Jr. BBO#262360
Constance M. McGrane BBO#546745
CONN KAVANAUGH ROSENTHAL PEISCH
  & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200


DATED:  November 30, 2004


214715.1