UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
EQUAL EMPLOYMENT OPPORTUNITY               )
COMMISSION,                                 )        Civil Action No.
                                            )        04-11786-WGY
            Plaintiff,                       )
                                            )
        v.                                   )
                                            )
ROCKWELL AUTOMATION, INC.                   )
                                            )
            Defendant.                       )
_____)

<u>JOINT MOTION TO APPROVE CONSENT DECREE</u>

        Plaintiff Equal Employment Opportunity Commission and Defendant Rockwell

Automation, Inc., move that this court approve the attached Consent Decree, which has

been signed and approved by each.  The Consent Decree resolves all claims for relief and

states that the Court shall retain continuing jurisdiction to enforce its provisions.

        WHEREFORE, the parties request that this motion be granted.

                                            Respectfully submitted,


FOR PLAINTIFF,  EEOC                 FOR DEFENDANT, ROCKWELL
                                     AUTOMATION, INC.


<u>/s MARKUS L. PENZEL</u>                <u>/s CONSTANCE M. McGRANE</u>
Markus L. Penzel, Esq.               James F. Kavanaugh, Jr., Esq.
Senior Trial Attorney                Constance M. McGrane, Esq.
EEOC                                 CONN KAVANAUGH ROSENTHAL
Boston Area Office                   PEISCH & FORD, LLP
JFK Federal Building, Room 475       Ten Post Office Square
Boston, MA 02203-0506                Boston, MA  02109
(617) 565-3193                       (617) 482-8200